UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN P. JOHANNESEN, </br></br> Plaintiff, </br></br> v. </br></br> FEDERAL RETIREMENT THRIFT INVESTMENT BOARD </br>          Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No. _____ </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant respectfully notifies the Court as follows:

1. Defendant Federal Retirement Thrift Investment Board is named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.0007007-05, entitled <u>Johannesen v. Federal Retirement Thrift Investment Board</u>.

2. The above-entitled action was filed on August 31, 2005, and copies of the Summons and Complaint were received by the Office of the United States Attorney on September 8, 2005. Copies of the Summons and Complaint are attached hereto as Exhibit A.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

CA Form 1

## Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Erin P. Johannesen

*Plaintiff*

vs.

Federal Retirement Thrift Investment Board *Defendant*

0007007-05

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Name of Plaintiff's Attorney: Thomas P. Young

Address: 4405 East West Hwy #201, Bethesda, MD 20814

Telephone: 301-654-3730

Clerk of the Court

By _____ Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

GOVERNMENT EXHIBIT A

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN, )
    2707 Adams Mill Road, NW )
    Washington, DC 20009 )
        Plaintiff, )
     )
v. )
     )
FEDERAL RETIREMENT THRIFT )
INVESTMENT BOARD, )
Government Agency )
    TSP Service Office )
    National Financial Center )
    P.O. Box 61500 )
    New Orleans, LA 70161-1500 )
        Defendant. )
                                 ) Docket No.:
*************************************************



0007007-05

## COMPLAINT FOR DECLARATORY JUDGEMENT OF COMMON LAW MARRIAGE

TO THIS HONORABLE COURT, the Plaintiff, Erin P. Johannesen, by and through her counsel, Thomas P. Young, represent the following:

1) On August 1, 1987, Erin P. Johannesen, plaintiff, and Richard E. Rael mutually agreed and expressly stated their intent to be married.

2) Erin P. Johannesen and Richard E. Rael cohabitated continuously and uninterrupted since that time in the District of Columbia until Richard E. Rael's death on January 3, 2005. See Exhibit 1, Certificate of Death.

3) Erin P. Johannesen, plaintiff, attests to Erin P. Johannesen and Richard E. Rael's common law marriage. See Exhibit 2, letter.

4) Nancy Rael, the former wife of Richard E. Rael, attests to Erin P. Johannesen and Richard E. Rael's common law marriage. See Exhibit 3, letter.

5) Patrick Rael, Catherine Alison May, and Christopher Rael, children of Richard E. Rael, attest to Erin P. Johannesen and Richard E. Rael's common law marriage. See Exhibits 4, 5 & 6, letters.

6) Theodore I. Grand and Susan J. Van Pool, longtime friends of Richard E. Rael, attest to Erin P. Johannesen and Richard E. Rael's common law marriage. See Exhibits 7 & 8, letters.

7) Erin P. Johannesen and Richard E. Rael were married in a common law marriage under the laws of the District of Columbia.

8) Federal Retirement Thrift Investment Board, defendant, maintains a Thrift Savings Plan account for Richard E. Rael, the deceased husband (SSN: 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, DOB:05/08/1939) See Exhibit 9, statement.

9) Erin P. Johannesen (SSN: 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) was the named beneficiary of Richard E. Rael's Thrift Savings Plan account.

10) Federal Retirement Thrift Investment Board had admitted Erin P. Johannesen was the named beneficiary of Richard E. Rael's Thrift Savings Plan account.

11) Federal Retirement Thrift Investment Board has denied Erin P. Johannesen's assertion to be the wife of Richard E. Rael.

12) Federal Retirement Thrift Investment Board has authorized the withholding of taxes in the non-spousal transfer of the Thrift Savings Plan account funds.

13) Transfers of funds from the Thrift Savings Plan account to a surviving spouse are tax free.

14) Federal Retirement Thrift Investment Board has wrongly withheld funds from the transfer

of the Thrift Savings Plan account, as Erin P. Johannesen and Richard E. Rael, deceased, were husband and wife.

WHEREFORE, the Plaintiff, Erin P. Johannesen requests:

1) The court grant a declaratory judgement ordering that Erin P. Johannesen and Richard E. Rael were married by common law marriage on January 3, 2005, the date of Richard E. Rael's death.

2) Any other further relief the court deems in the interest of justice.

Dated: August 29, 2005

Respectfully Submitted,

*[signature]*

Thomas P. Young (D.C.# 485602)
4405 East West Highway, #201
Bethesda, MD 20814
Tel:  (301) 654-3730
Fax:  (301) 654-7924
thomasyounglaw@yahoo.com
Counsel for Erin P. Johannesen

### Verification

I, Erin P. Johannesen, do hereby swear or affirm under penalty of perjury that the above assertions in *Complaint for Declaratory Judgement of Common Law Marriage* are to the best of my understanding in fact true and accurate.

*[signature]*

Erin P. Johannesen,
Plaintiff

STATE OF MARYLAND              )
                               ) TO WIT:
COUNTY OF Montgomery           )

I, THE UNDERSIGNED, a Notary Public in and for the State of MARYLAND, County of Montgomery do hereby certify that **Erin P. Johannesen**, party to a *Complaint for Declaratory Judgement of Common Law Marriage*, and hereto annexed, personally appeared before me, in my capacity aforesaid, the said **Erin P. Johannesen** being personally well known to me, or satisfactorily proven, as the person who executed said *Complaint for Declaratory Judgement of Common Law Marriage* and then and there acknowledged the same to be her act and deed.

GIVEN under my hand and official seal this 30th day of August, 20 05.

                                                      _____
                                                      Notary Public

My Commission Expires:

ELEANOR H. MASON
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
My Commission Expires July 1, 2006

Page 4

# GOVERNMENT OF DISTRICT OF COLUMBIA – DEPARTMENT [OF] HEALTH
## CERTIFICATE OF DEATH

File Number 108- 05-000030

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME | RICHARD E. RAEL |
| 2. SEX | MALE |
| 3a. DATE OF DEATH | JANUARY 3, 2005 |
| 3b. HOUR OF DEATH | 3:55 A.M. |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE – Last Birthday (Years) | 65 |
| 6. DATE OF BIRTH | May 8, 1939 |
| 7. BIRTHPLACE | Denver, Colorado |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | no |
| 9a. PLACE OF DEATH | Inpatient (Hospital) |
| 9b. FACILITY NAME | GEORGE WASHINGTON UNIVERSITY HOSPITAL |
| 9c. CITY, TOWN OR LOCATION OF DEATH | WASHINGTON, D.C. |
| 9d. CITIZEN OF WHAT COUNTRY | USA |
| 10. MARITAL STATUS | Divorced |
| 11. SURVIVING SPOUSE | none |
| 12a. DECEDENT'S USUAL OCCUPATION | Broadcaster |
| 12b. KIND OF BUSINESS/INDUSTRY | Voice of America |
| 13c. CITY, TOWN OR LOCATION | Washington, D.C. |
| 13d. STREET AND NUMBER | 2707 Adams Mill Rd. N.W. # 509 |
| 13e. INSIDE CITY LIMITS? | yes |
| 13f. ZIP CODE | 20009 |
| 14. HISPANIC ORIGIN | Yes - Spain |
| 15. RACE | White |
| 16. DECEDENT'S EDUCATION (College) | 4 |
| 17. FATHER'S NAME | Joseph Rael |
| 18. MOTHER'S NAME | Flora Manzaneras |
| 19a. INFORMANT'S NAME | Christopher Rael |
| 19b. RELATIONSHIP TO DECEDENT | Son |
| 19c. MAILING ADDRESS | 178 Stanton Street, N.Y., N.Y. 1000[?] |
| 20a. METHOD OF DISPOSITION | Cremation |
| 20b. DATE OF DISPOSITION | 1/05/2005 |
| 20c. PLACE OF DISPOSITION | Chesapeake Crematory |
| 20d. LOCATION | Beltsville, Md |
| 21a. SIGNATURE OF FUNERAL DIRECTOR | [signed] |
| 21b. LICENSE NUMBER | FC456 |
| 22. NAME AND ADDRESS OF FACILITY | PHILIP D. RINALDI FUNERAL SERVICE, 9241 Columbia Blvd. Silver Spring, [MD] |
| 23a. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? | YES: CONSTANCE R. DIANGELO, M.D. |
| 23b. DATE | 01-03-05 |

### 25. PART I. Cause of Death

IMMEDIATE CAUSE: BLUNT IMPACT HEAD AND CHEST TRAUMA AND THE COMPLICATIONS THEREOF

26a. WAS AN AUTOPSY PERFORMED? YES
26b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? YES

| Field | Value |
|---|---|
| 27. MANNER OF DEATH | Accident |
| 28a. DATE OF INJURY | 12-23-04 |
| 28b. TIME OF INJURY | UNKNOWN |
| 28c. INJURY AT WORK? | NO |
| 28d. DESCRIBE HOW INJURY OCCURRED | UNKNOWN |
| 28e. PLACE OF INJURY | STREET – 3500 BLOCK OF |
| 28f. LOCATION | GARFIELD STREET, N.W., WASHINGTON, DC |
| 30a. SIGNATURE | Constance R DiAngelo MD – MEDICAL EXAMINER, D.C. |
| 30b. DATE SIGNED | 1-5-05 |
| 30c. PHYSICIAN'S NAME | CONSTANCE R. DIANGELO, M.D. |
| 31. WAS DECEDENT PREGNANT IN PAST 12 MOS? | NO |
| REMARKS | OCME #05-0029 — CREMATION APPROVED |
| Authority For Cremation Granted By | Constance R DiAngelo MD 1-5-05 |

---

COPY – VITAL RECORDS DIVISION

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD

January 24, 2005

To Whom It May Concern:

Richard E. Rael and I, Erin P. Johannesen, mutually agreed to become husband and wife on August 1, 1987 in Washington, D.C. We became husband and wife under common law marriage. We first lived together at 1825-A Biltmore Street, NW, WDC 20009, then moved, to the best of my recall, in 1988 to our current address of Apt. 509, 2707 Adams Mill Road, NW, WDC 20009 where we have lived together as husband and wife for the past 17 years, i.e., until the date of Richard Rael's death on January 3, 2005. Throughout our time of living together, our friends, neighbors, and community considered us as husband and wife. Supporting documents of 1) attestations of our spousal relationship from family, friends and neighbors, 2) copy of stock certificate for our cooperative apartment showing joint ownership of Apt. 509, 2707 Adams Mill Road, WDC 20009, 3) copies of bank statements showing we held joint bank accounts, 4) copies of mail sent to our home address that addressed us as a couple, and 5) copy of a letter from Richard Rael written to his son, Chris, in 1992 re: Chris's marriage engagement; on page 2 of this letter, Richard makes a comparison to me as his wife/life partner.

Except for my common-law marriage to Richard Rael, I have never before been married. Richard Rael was married once before to Nancy Tonkin Rael on June 6, 1960 in Washington, DC, and he was legally divorced from her on July 23, 1987 in Montgomery County, Maryland (record #: 220382175).

Sincerely,

Erin Johannesen
Apt. 509
2707 Adams Mill Road, NW
Washington, DC 20009

[Notary seal: TRACY ANN GILL, NOTARY PUBLIC, MONTGOMERY COUNTY, MARYLAND]

Notary Public

Nancy T. Rael
804 Dryden Street
Silver Spring, MD 20901
(301)593-2652

January 6, 2005

To Whom It May Concern,

I, Nancy Rael, am the former wife of Richard E. Rael and attest that Richard E. Rael and Erin P. Johannesen have lived together as husband and wife for the past 19 years, 17 of which were spent at Apartment #509, 2707 Adams Mill Road, NW, Washington, DC 20009.

Sincerely,

*[signature: Nancy T. Rael]*

Nancy T. Rael

Chevy Chase Bank
Kemp Mill Branch
Branch # 10
1327 Lamberton Drive
Silver Spring MD 20902

*[notary signature: Christina Woo]*

CHRISTINA WOO
NOTARY PUBLIC
HOWARD COUNTY
MARYLAND
MY COMMISSION EXPIRES SEPT 1 2008

1/7/05

For Nancy T Rael only

Exh 3

Patrick Rael
262 Brunswick Ave.
Gardiner, ME 04345-2400

January 6, 2005

To Whom It May Concern:

I, Patrick Rael, am the son of Richard E. Rael. I attest that my father and Erin P. Johannesen lived together for the past nineteen years as husband and wife. For the past seventeen years they have resided at 2707 Adams Mill Road, Apartment 509, in Washington, D.C.

Sincerely,

*Patrick Rael*

Mr. Patrick Rael appeared before me, presenting a drivers license, on January 6, 2005.

Shannon F Pearson
Notary Public
Kennebec County, Maine
My Commission Expires Aug. 2, 2011

Exhibit 4

Catherine Alison May
10106 Renfrew Road
Silver Spring, MD 20901
(301) 593-4508

January 6, 2005

To Whom It May Concern,

    I, Catherine Alison May, am the daughter of Richard E. Rael and attest that Richard E. Rael and Erin P. Johannesen have lived together as husband and wife for the past 19 years, 17 of which were spent at Apartment #509, 2707 Adams Mill Road, NW, Washington, DC 20009.

Sincerely,

Catherine Alison May

Chevy Chase Bank
Kemp Mill Branch
Branch # 10
1327 Lamberton Drive
Silver Spring MD 20902

CHRISTINA WOO
NOTARY PUBLIC
HOWARD COUNTY
MARYLAND
MY COMMISSION EXPIRES SEPT. 1, 2008

1/7/05

For Catherine Alison May only

I, Christopher Rael, attest that I am the son of Richard Eugene Rael, who died on January 3, 2005. I further attest that Richard Rael lived with Erin P. Johannesen for 19 years as husband and wife. For the last 17 of those years, they lived at 2707 Adams Mill Road, N.W., Apt. 509, Washington, DC 20009.

_____
Christopher Rael

January 6, 2005

To Whom It May Concern:

I, Theodore I. Grand, am a longtime friend of Richard E. Rael and Erin P. Johannesen and attest that they lived together as husband and wife first at 1825-A Biltmore Street, NW, Washington D.C. 20009 for two years, then at Apt. 509, 2707 Adams Mill Road, N.W., Washington, D.C. 20009 for the past seventeen years

Sincerely,

*[signature]*

Theodore I. Grand
Apt. 407
3025 Ontario Raod, N.W.
Washington, D.C. 20009

Subscribed to and sworn before me this 12th day of January, 2005

*[signature]*

Notary Public

> GEORGE S. DRAVILLAS
> NOTARY PUBLIC
> MY COMMISSION EXPIRES
> SEPTEMBER 30, 2005

January 6, 2005

To Whom It May Concern:

I, Susan J. Van Pool, am a longtime friend of Richard E. Rael and Erin P. Johannesen, and attest that they lived together as husband and wife at Apt. 509, 2707 Adams Mill Road, N.W., Washington, D. C. 20009 for the past seventeen years.

Sincerely,

*Susan J. Van Pool* (signature)

Susan J. Van Pool
Apt. 401
2707 Adams Mill Road, N.W.
Washington, D.C. 20009

Notary (signature) Jan 11 21

CAROLYN E. WOODS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2005

# THRIFT SAVINGS PLAN
## QUARTERLY PARTICIPANT STATEMENT

Page 1 of 2
Apr 01, 2005 – Jun 30, 2005

Please review this statement for accuracy, as the information in it is considered correct unless you notify us. To correct errors on this statement, please contact the Service Office at the ThriftLine number below. (Callers outside the U.S. and Canada can reach the Service Office at (404) 233-4400.)

Name: RICHARD E. RAEL
Social Security Number: *******4890
Date of Birth: 05/08/1939
Retirement Coverage: FERS

Employment Status: DECEASED   Dated 01/03/2005
Beneficiary Designation on File: YES Dated 12/03/1996
Total Service Required for Vesting: 3 years from 06/08/1996

Current Contribution Allocation: G FUND = 0%   F FUND = 0%   C FUND = 100%   S FUND = 0%   I FUND = 0%

Our records indicate that this participant is deceased. If you have not already done so, please contact the TSP Service Office regarding this account at: P.O. Box 61500, New Orleans, LA 70161-1500.

## SUMMARY OF QUARTERLY ACTIVITY

|  | G FUND | TOTAL |
|---|---|---|
| Balance as of 04/01/05 | $218,970.17 | $218,970.17 |
| Contributions / Additions | 0.00 | 0.00 |
| Withdrawals / Deductions | 0.00 | 0.00 |
| Interfund Transfers | 0.00 | 0.00 |
| Increase/Decrease in Value | 2,230.25 | 2,230.25 |
| Balance as of 06/30/05 | $221,200.42 | $221,200.42 |
| Percent of Account | 100% | 100% |

738563510970 IB 002751   19000003 07/05
T-00000326 00083960 1 AV   0.278 2

THE ESTATE OF RICHARD E RAEL
2707 ADAMS MILL RD NW 509

WASHINGTON      DC 20009-2117

WEB: WWW.TSP.GOV
THRIFTLINE: 1-TSP-YOU-FRST (1-877-968-3778)
TDD: 1-TSP-THRIFT5 (1-877-847-4385)



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

>Thomas Jay
>4405 East West Hwy. #201
>Bethesda, MD 20814

on this 21st day of September, 2005.

BENTON G. PETERSON
Assistant U.S. Attorney