UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN P. JOHANNESEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| FEDERAL RETIREMENT THRIFT ) | |
| INVESTMENT BOARD ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME AND <u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF</u>**

Defendant respectfully moves the Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge the time within which to answer, move, or otherwise respond to the Complaint in this matter.

<u>This case was originally filed in the Superior Court of the District of Columbia and is being removed to district court today</u>. Defendant has received copies of the Summons and Complaint in this matter. Rule 81 of the Federal Rules of Civil Procedure requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within 5 days after the filing of the petition for removal, whichever is longer. Defendant requests that it be granted 60 days from the date of this Motion to respond to Plaintiff's Complaint.[1] Such enlargement of time is consistent with the 60-day

---

[1] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. Additionally, Plaintiff has not effected service upon Defendant consistent with Rule 4(i)(1) of the Federal Rules of Civil Procedure. As such, Defendant informs the Court that it does not waive any defenses in this regard. Additionally, it should be noted that Defendant does not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

period that the United States is accorded to respond to complaints under Federal Rule 12(a)(3). Defendant's counsel is also requesting the additional time to become familiar with the issues.[2]

WHEREFORE, Defendant respectfully requests that her time for answering or otherwise responding to Plaintiff's Complaint be set for 60 days from the date of this Motion. An order consistent with this Motion is attached.

                Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

---

[2] Pursuant to Local Rule 7.1(m), Defendant's counsel attempted to contact Plaintiff's counsel to discuss this motion, however, the telephone number for Plaintiff's Attorney was not effective.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN P. JOHANNESEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| FEDERAL RETIREMENT THRIFT | ) |
| INVESTMENT BOARD | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time and for good cause shown, it is by the Court this _____ day of _____, 2005,

ORDERED that Defendant's Motion should be and is hereby granted, and that the Defendant shall have until November 28, 2005 to answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Thomas Jay
4405 East West Hwy. #201
Bethesda, MD 20814

Benton Peterson
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C.  20530

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing *Motion for Enlargement of Time* has been made by mailing copies thereof to:

Thomas Jay
4405 East West Hwy. #201
Bethesda, MD 20814

on this _____ day of September, 2005.

_____
BENTON G. PETERSON
 Assistant United States Attorney