IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN,  )
    Plaintiff,  )
      v.  )  Docket No.: 05-1874
        )  Hon. Robertson, J. Jr.
FEDERAL RETIREMENT THRIFT  )
INVESTMENT BOARD,  )
    Defendant.  )
*********************************

## LINE OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of the plaintiff, Erin P. Johannesen.

Respectfully submitted,

/s/ Robert M. McCarthy

ROBERT M. McCARTHY
DC Bar # 409943
4405 East West Highway, Suite 201
Bethesda, MD 20814
(301) 654-3730; (301) 654-7924 (Fax)
rmmlaw@us.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing copies of *Line of Appearance* was mailed first class postage prepaid on this ___14___ day of October, 2005 to:

Benton Peterson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

_____
ROBERT M. McCARTHY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN,  )
    Plaintiff,  )
                     )
   v.                )   Docket No.:   05-1874
                     )   Hon. Robertson, J. Jr.
FEDERAL RETIREMENT THRIFT  )
INVESTMENT BOARD,  )
    Defendant.  )
*********************************************

## MOTION PRO HAC VICE

TO THE HONORABLE COURT:

Robert M. McCarthy, counsel for the plaintiff Erin P. Johannesen, motions this court to admit Thomas P. Young as co-counsel for the plaintiff for this matter only.

Respectfully submitted,

_/s/_

ROBERT M. McCARTHY
DC Bar # 409943
4405 East West Highway, Suite 201
Bethesda, MD 20814
(301) 654-3730; (301) 654-7924 (Fax)
rmmlaw@us.net

_/s/_

THOMAS P. YOUNG
DC Bar # 485602
4405 East West Highway, Suite 201
Bethesda, MD 20814
(301) 654-3730; (301) 654-7924 (Fax)
thomasyounglaw@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing copies of *Motion Pro Hac Vice* was mailed first class postage prepaid on this ___14___ day of October, 2005 to:

Benton Peterson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

ROBERT M. McCARTHY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN,  )
    Plaintiff,  )
      v.  )   Docket No.:  05-1874
      )   Hon. Robertson, J. Jr.
FEDERAL RETIREMENT THRIFT  )
INVESTMENT BOARD,  )
    Defendant.  )

**********************************************

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion Pro Hac Vice it is this _____ day of _____, 2005,

ORDERED that Thomas P. Young be admitted to represent plaintiff before this court for this matter only.

_____
UNITED STATES DISTRICT JUDGE

Copies mailed to:

Robert McCarthy
Thomas Young
4405 East West Highway, #201
Bethesda, MD 20814

Benton Peterson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - 10th floor
Washington, DC 20530

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN,  )
    Plaintiff,  )
      )
v.  )    Docket No.:   05-1874
      )                       Hon. Robertson, J. Jr.
FEDERAL RETIREMENT THRIFT  )
INVESTMENT BOARD,  )
    Defendant.  )
*******************************************

### RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE COURT:

Robert M. McCarthy, counsel for the plaintiff Erin P. Johannesen, concurs with Defendant's request for 60 days to respond to Plaintiff's complaint, and requests Defendant have until November 28, 2005 to answer or otherwise respond to the Complaint.

Respectfully submitted,

/s/

ROBERT M. McCARTHY
DC Bar # 409943
4405 East West Highway, Suite 201
Bethesda, MD 20814
(301) 654-3730; (301) 654-7924 (Fax)
mmlaw@us.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing copies of *Response to Defendant's Motion for Enlargement of Time* was mailed first class postage prepaid on this ___14___ day of October, 2005 to:

Benton Peterson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

_____
ROBERT M. McCARTHY