UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN,                  :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :   Civil Action No. 05-1874 (JR)
                                     :
FEDERAL RETIREMENT THRIFT            :
INVESTMENT BOARD,                    :
                                     :
        Defendant.                   :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Thomas P. Young [4], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                        JAMES ROBERTSON
                                    United States District Judge