IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN P. JOHANNESEN,  )
    Plaintiff,  )
                )
v.  )   Docket No.: 05-1874
                )   Hon. Robertson, J. Jr.
FEDERAL RETIREMENT THRIFT  )
INVESTMENT BOARD,  )
    Defendant.  )
*********************************************

## LINE OF APPEARANCE PRO HAC VICE

TO THE CLERK:

    Please enter the appearance of Thomas P. Young pro hac vice on behalf of the plaintiff, Erin P. Johannesen. Permission for appearance pro hac vice was granted by court order of Judge James Robertson dated October 25, 2005. Thomas P. Young will serve as co-counsel with Robert M. McCarthy for the plaintiff.

                                      Respectfully submitted,

                                      /s/ Thomas P. Young
                                      THOMAS P. YOUNG
                                      DC Bar # 485602
                                      4405 East West Highway, Suite 201
                                      Bethesda, MD 20814
                                      (301) 654-3730; (301) 654-7924 (Fax)
                                      thomasyounglaw@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing copies of *Line of Appearance Pro Hac Vice* was mailed first class postage prepaid on this 26th day of October, 2005 to:

Benton Peterson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

I HEREBY CERTIFY that the foregoing copies of *Line of Appearance Pro Hac Vice* was hand-delivered on this 26th day of October, 2005 to:

Robert M. McCarthy
4405 East West Highway, Suite 201
Bethesda, MD 20814

THOMAS P. YOUNG