UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN P. JOHANNESEN, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RETIREMENT THRIFT )<br>INVESTMENT BOARD )<br>Defendant. )<br>_____) | Civil Action No.05-1874 (JR) |

ORDER

Upon consideration of defendant's Motion to Dismiss and Memorandum in Support thereof, Plaintiff's Opposition thereto, and the entire record in this case, it is hereby

ORDERED that defendant's Motion to Dismiss is GRANTED, with prejudice.

Dated this _____ day of _____, 2005.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:   BENTON G. PETERSON
Assistant United States Attorney
555 Fourth Street, N.W., Room 10-108
Washington, D.C.  20001


THOMAS P. YOUNG
4405 East West Highway, #201
Bethesda, MD. 20814

Case 1:05-cv-01874-JR    Document 10-2    Filed 11/28/2005    Page 2 of 2