IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN P. JOHANNESEN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| FEDERAL RETIREMENT THRIFT<br>INVESTMENT BOARD,<br>    Defendant. | )<br>)<br>)<br>) |
| | )   Docket No.: 05-1874 |
| | )   Hon. Robertson, J. Jr. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF'S MOTION FOR DISMISSAL

The plaintiff hereby moves for dismissal as to the entire complaint for declaratory judgement of common law marriage. Benton Peterson, attorney for the defendant, has stated to plaintiff's counsel that he is not in opposition to dismissal of the complaint. A proposed order consistent with this motion is attached.

Respectfully submitted,

_/s/_

ROBERT M. McCARTHY, DC Bar # 409943
Attorney for Plaintiff

_/s/_

THOMAS P. YOUNG, DC Bar # 485602
Attorney for Plaintiff
4405 East West Highway, Suite 201
Bethesda, MD 20814
(301) 654-3730; (301) 654-7924 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing copies of *Plaintiff's Motion for Dismissal* was mailed first class postage prepaid on this ___24___ day of April, 2006 to:

Benton Peterson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

ROBERT M. McCARTHY

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN P. JOHANNESEN,<br>  Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| FEDERAL RETIREMENT THRIFT<br>INVESTMENT BOARD,<br>  Defendant. | )<br>)<br>)<br>) |

Docket No.: 05-1874
Hon. Robertson, J. Jr.

*****************************************

## ORDER

Upon consideration of *Plaintiff's Motion for Dismissal*, it is hereby

ORDERED that plaintiff's motion for dismissal of the complaint is GRANTED;

Dated this _____ day of _____, 200___.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:
Benton Peterson
Assistant US Attorney
555 Fourth Street, NW, Room 10-108
Washington, DC 20001

Robert McCarthy
Thomas P. Young
4405 East West Highway, Suite 201
Bethesda, MD 20814