UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ERIN P. JOHANNESEN,            :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 05-1874 (JR)
                               :
FEDERAL RETIREMENT THRIFT      :
INVESTMENT BOARD,              :
                               :
        Defendant.             :
```

### ORDER

Plaintiff's "motion for dismissal" [13] is construed as a Rule 41(a)(1) notice of dismissal and is **granted**. This action is **dismissed**.

> JAMES ROBERTSON
> United States District Judge